INFRINGEMENT# 1

URL: URL: https:/ / scontent-lga3-l .cdninstagram.com/v/t50. 2886-16/72874090_ l 36195274392158_ l 318942533114592819_n.mp4? nc....ht=scontentlga3- l .cdninstagram .com&_nc....cat= l 06&oe=5 DB l 344F&oh=9da 733b09c4 la 73d606b82e933db 7f96



12/11/2018 9:06:00 AM